1  LAWRENCE G. BROWN
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for Plaintiff
   United States of America





8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      ) 2:09-CV-03021-WBS-JFM
                                   )
12 |          Plaintiff,            ) **ORDER REGARDING CLERK'S**
                                   ) **ISSUANCE OF WARRANT FOR**
13 |     v.                         ) **ARREST OF ARTICLES *IN REM***
                                   )
14 | 2006 TOYOTA TACOMA PICKUP      )
   | TRUCK, VIN: 5TEUU42N36Z218237,)
15 | CALIFORNIA LICENSE NUMBER:     )
   | 8J56630,                       )
16 |                                )
   |          Defendant.            )
17 |_____)

18      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
19 filed on October 29, 2009, in the United States District Court
20 for the Eastern District of California, alleging that the
21 defendant 2006 Toyota Tacoma Pickup Truck, VIN:
22 5TEUU42N36Z218237, California License Number 8J56630 ("defendant
23 vehicle"), is subject to forfeiture to the United States pursuant
24 to 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C.
25 §§ 841 *et seq.*;
26      And, the Court being satisfied that, based on the Verified
27 Complaint for Forfeiture *In Rem* and the affidavit of Drug

Enforcement Administration, Task Force Officer, Larren R. Nelson, there is probable cause to believe that the defendant vehicle so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 11/3/09

_____
DALE A. DROZD
United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest