BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CV-03021-WBS-JFM |
| ) | |
| Plaintiff, ) | FINAL JUDGMENT OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| 2006 TOYOTA TACOMA PICKUP ) | |
| TRUCK, VIN: 5TEUU42N36Z218237, ) | |
| CALIFORNIA LICENSE NUMBER: ) | |
| 8J56630, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

1. This is a civil forfeiture action against a 2006 Toyota Tacoma Pickup Truck, VIN: 5TEUU42N36Z218237, California License Number 8J56630 ("defendant vehicle").

2. A Verified Complaint for Forfeiture *In Rem* was filed on October 29, 2009 ("Verified Complaint"), seeking the forfeiture of the defendant vehicle, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

3. On or about November 3, 2009, the Court issued a Warrant

1  for Arrest of Articles *In Rem* for the defendant vehicle, and that
2  warrant was duly executed on November 18, 2009.
3       4.   Beginning on November 10, 2009, for at least 30
4  consecutive days, the United States published Notice of the
5  Forfeiture Action on the official internet government forfeiture
6  site www.forfeiture.gov.  A Declaration of Publication was filed
7  on December 10, 2009.
8       5.   In addition to the public notice on the official
9  internet government forfeiture site www.forfeiture.gov, actual
10 notice or attempted notice was given to the following entities
11 and individuals:
12           a.   David Michael Bricknell
13           b.   Stephen A. Munkelt (attorney).
14      6.   On November 12, 2009, David Bricknell filed a verified
15 Claim Opposing Forfeiture alleging that he is the owner of the
16 defendant vehicle.  On December 3, 2009, David Bricknell filed an
17 Answer to the Verified Complaint.  On March 22, 2010, David
18 Bricknell filed a Withdrawal of Claim; Consent for Dismissal,
19 thereby extinguishing his interest in the defendant vehicle.
20      7.   Apart from claimant Bricknell, no other party has filed
21 a claim or answer in this matter, and the time for which any
22 person or entity may file a claim and answer has expired.
23      Based on the above findings, and the files and records of
24 the Court, it is hereby ORDERED AND ADJUDGED:
25      1.   The Court adopts the Stipulation for Final Judgment of
26 Forfeiture entered into by and between the parties to this
27 action.
28      2.   That judgment is hereby entered against claimant David

Bricknell and all other potential claimants who have not filed claims in this action.

3. All right, title and interest of David Bricknell in the defendant vehicle shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law.

4. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The Court shall maintain jurisdiction to enforce the terms of the Final Judgment of Forfeiture.

SO ORDERED THIS <u>6th</u> day of <u>April</u>, 2010.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE